
6 Av. 3-22 Zona 10, Centro Medico II,
7mo Nivel, Clínica 701, Guatemala, C.A.
E-mail: clinicaoncologicadedia@gmail.com

# Centro Oncológico

The undersigned physician and surgeon Mario Fredy Sandoval Castañeda, graduated from the University of San Carlos de Guatemala active collegiate five thousand two hundred and fifteen CERTIFIES THAT: The patient Erik Salvador Súñiga Rodríguez came for the first time to this clinic with a diagnosis of pancreatic adenocarcinoma, having been operated by Dra. Winypeg Arriaza, the patient was subsequently initiated with chemotherapy treatment based on Abraxane and Gemzar giving him a total of six cycles of chemotherapy. The patient completed his treatment satisfactorily, a full abdomen tomography tomography study was performed, finding no evidence of residual disease. The patient must continue in cancer control with blood tests and CT SCAN within three months if they are normal, they must continue with medical checks every six months for a total of ten years, so it is recommended to perform their exams on the indicated dates. And for the legal uses that the interested agrees, this Medical Certificate is extended, signed and sealed in Guatemala City on December 16 of the year two thousand and nineteen.

Dr. Mario Fredy Sandoval Castañeda.



Mario Fredy Sandoval Castañeda
Hematol - Oncología
Col. 5215