IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

CASE NO 4:18-CR-00095-ALM

UNITED STATES OF AMERICA

V

ERIK SALVADOR SUNIGA RODRIGUEZ (1)

**ORDER**

This matter having come on to be heard on Defendant's Unopposed Motion to Transfer to FMC Fort Worth to receive evaluation and treatment for pancreatic disease treated in Guatemala before his extradition to the EDTX, and with the agreement of the United States in the matter and having otherwise been duly advised in the premises, it is hereby Ordered and Adjudged the Motion is Granted/Denied.

SO ORDERED