IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:18CR00095 |
| | § | Judge Mazzant |
| ERIK SALVADOR SUNIGA RODRIGUEZ ET AL | § | |
| | § | |
| | § | |

**AMENDED NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney, David Rehfuss, files this Notice of Appearance of Counsel in the above styled and numbered cause of action, and would show the Court as follows:

The undersigned has been assigned to represent the United States in this cause as counsel and respectfully requests that all pleadings, notices, correspondence, etc., be copied to the undersigned via CM/ECF.

Respectfully submitted,

JAY R. COMBS
United States Attorney

/s/
DAVID REHFUSS
Assistant United States Attorney
Kentucky Bar No. 99712
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
David.Rehfuss@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on September 24, 2026.

/s/
DAVID REHFUSS